UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Lavern Charles Fast Horse,

    Petitioner

v.

State of Nevada, et al.,

    Respondents

2:16-cv-00968-JAD-PAL

**Order Dismissing and Closing Case**

    Pretrial detainee Lavern Charles Fast Horse has submitted a 28 USC § 2241 petition to challenge his confinement at the Clark County Detention Center, but he has not paid the filing fee or submitted an application to proceed *in forma pauperis* with supporting documentation as required by 28 USC § 1915(a)(2) and Local Rule LSR 1-2. Accordingly, this action is **DISMISSED** without prejudice to Fast Horse's ability to bring a new action. A cursory review of the petition shows that dismissal of this action will not affect the timeliness of a new action. Fast Horse is instructed that if he wishes to bring a new action, he must pay the filing fee in full or submit a completed application to proceed *in forma pauperis* with a signed financial certificate and statement of his inmate account. The Clerk of Court is instructed to send Fast Horse a blank application to proceed *in forma pauperis* for incarcerated litigants and CLOSE THIS CASE.

    Dated this 25th day of May, 2016.

_____
Jennifer A. Dorsey
United States District Judge